**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)*

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Finger Lakes Capital Partners, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  05-0566470

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 168a Irving Avenue<br>Port Chester, NY 10573 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.flcpartners.com

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify:

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district?*** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>  Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

### ■ Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☑ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000    ☐ More than100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000           ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☑ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000           ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 29, 2016
             MM / DD / YYYY

**X** /s/ Gregory Shalov                                    Gregory Shalov
Signature of authorized representative of debtor            Printed name

Title  Managing Member

**18. Signature of attorney**

**X** /s/ Jonathan S. Pasternak                             Date  January 29, 2016
Signature of attorney for debtor                                  MM / DD / YYYY

Jonathan S. Pasternak
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone  (914) 681-0200       Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name        Finger Lakes Capital Partners, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 29, 2016            X /s/ Gregory Shalov
                                              Signature of individual signing on behalf of debtor

                                              Gregory Shalov
                                              Printed name

                                              Managing Member
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Finger Lakes Capital Partners, LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Burnie Whitten 3440 Burkholm Road Mims, FL 32754  Lorella Whitten 3440 Burkhold Road Mims, FL 32754 | | 2 Promissory Notes | Contingent Unliquidated Disputed | | | $1,060,366.33 |
| Lyrical Opportunity Partners 405 Park Avenue 6th Floor New York, NY 10022 | | Judgment on Appeal | Disputed | | | $1,002,903.77 |
| American Express P.O. BOX 1270 Newark, NJ 07101-1270 | | | | | | $98,160.05 |
| Citrin Cooperman & Company LLP 529 Fifth Avenue New York, NY 10017 | | Estimated Professional Fees | | | | $30,000.00 |
| Ashby & Geddes 500 Delaware Avenue PO Box 1150 Wilmington, DE 19899 | | | | | | $17,654.43 |
| The Kegan Law Firm 900 Third Avenue, 17th Floor New York, NY 10022 | | Professional Fees | | | | $12,562.50 |
| Lara Mehraban 290 West End Avenue, #16-C New York, NY 10023 | | Loan to Company | | | | $10,251.11 |

# United States Bankruptcy Court
## Southern District of New York

In re  Finger Lakes Capital Partners, LLC  
Debtor(s)

Case No.  
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gregory Shalov<br>168-A Irving Avenue, Suite 402<br>Port Chester, NY 10573 | | | 50% Membership Interest |
| Zubin Mehta<br>168-A Irving Avenue, Suite 402<br>Port Chester, NY 10573 | | | 50% Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  January 29, 2016

Signature  /s/ Gregory Shalov  
Gregory Shalov

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  Finger Lakes Capital Partners, LLC                           Case No.
                                    Debtor(s)                       Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Finger Lakes Capital Partners, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 29, 2016                              /s/ Jonathan S. Pasternak
Date                                          Jonathan S. Pasternak
                                              Signature of Attorney or Litigant
                                              Counsel for  Finger Lakes Capital Partners, LLC
                                              DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                              One North Lexington Avenue
                                              White Plains, NY 10601
                                              (914) 681-0200 Fax:(914) 684-0288

**United States Bankruptcy Court**
**Southern District of New York**

| In re | Finger Lakes Capital Partners, LLC | Case No. | 16- |
|---|---|---|---|
| | Debtor(s) | Chapter | 11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Gregory Shalov, declare under penalty of perjury that I am the Managing Member of Finger Lakes Capital Partners, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 29th day of January, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Gregory Shalov, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Gregory Shalov, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Gregory Shalov, Managing Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date  January 29, 2016          Signed  */s/ Gregory Shalov*
                                        Gregory Shalov

Resolution of Board of Directors
of
Finger Lakes Capital Partners, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Gregory Shalov, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Gregory Shalov, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Gregory Shalov, Managing Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  January 29, 2016                                        Signed  */s/ Gregory Shalov*
                                                                      Gregory Shalov

# United States Bankruptcy Court
## Southern District of New York

In re: Finger Lakes Capital Partners, LLC

Debtor(s)

Case No.
Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: January 29, 2016

/s/ Gregory Shalov
Gregory Shalov/Managing Member
Signer/Title

```
181 WESTCHESTER AVE., LLC
1129 KEELER AVENUE
MAMARONECK, NY 10543

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270

ASHBY & GEDDES
500 DELAWARE AVENUE
PO BOX 1150
WILMINGTON, DE 19899

BARRY SHALOV AND JOAN SHALOV
880 FIFTH AVENUE
NEW YORK, NY 10021

BURNIE WHITTEN
3440 BURKHOLM ROAD
MIMS, FL 32754

LORELLA WHITTEN
3440 BURKHOLM ROAD
MIMS, FL 32754

CITRIN COOPERMAN & COMPANY LLP
529 FIFTH AVENUE
NEW YORK, NY 10017

DR. JAGAT MEHTA
12 CHELSEA PARK
PITTSFORD, NY 14534

GREGORY SHALOV
168-A IRVING AVENUE, SUITE 402
PORT CHESTER, NY 10573

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFREY KESWIN
500 WEST END AVENUE #6A
NEW YORK, NY 10024

LARA MEHRABAN
290 WEST END AVENUE, #16-C
NEW YORK, NY 10023

LYRICAL OPPORTUNITY PARTNERS
405 PARK AVENUE, 6TH FL.
NEW YORK, NY 10022
```

NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-240
ATTN: TAX & BKCY LIT. DIV.
NEW YORK, NY 10007

NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719

NYS DEPARTMENT OF TAX &FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
15 METROTECH CENTER 5TH FLOOR
BROOKLYN, NY 11201

NYS UNEMPLOYMENT
INSURNACE FUND
P.O. BOX 4301
BINGHAMTON, NY 13902-4301

OFFICE OF THE U.S. TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, STE 1006
NEW YORK, NY 10014

SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279

STORCH AMINI & MUNVES PC
2 GRAND CENTRAL TOWER, 25TH FL
NEW YORK, NY 10017

THE KEGAN LAW FIRM
900 THIRD AVENUE, 17TH FLOOR
NEW YORK, NY 10022

UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007

ZUBIN MEHTA
168-A IRVING AVENUE, SUITE 402
PORT CHESTER, NY 10573