DELBELLO DONNELLAN WEINGARTEN  
WISE & WIEDERKEHR, LLP  
*Proposed Attorneys for the Debtor*  
One North Lexington Avenue  
White Plains, New York 10601  
(914) 681-0200  
Jonathan S. Pasternak, Esq.  
Dawn Kirby, Esq.

*Presentment Date: March 21, 2016*  
*Presentment Time: 12:00 p.m.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------X  
In re:

                                Chapter 11  
FINGER LAKES CAPITAL PARTNERS, LLC     Case No. 16-22112 (RDD)

             Debtor.  
-----------------------------------------------------------X

### NOTICE OF PRESENTMENT OF MOTION FOR ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

**PLEASE TAKE NOTICE,** that upon the annexed motion (the "Motion")[1] of Finger Lakes Capital Partners, LLC, the above-captioned debtor and debtor-in-possession ("Debtor"), by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, the proposed Bar Date Order and proposed Bar Date Notice will be presented by the undersigned for approval and signature to the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, 300 Quarropas Street, White Plains, New York 10601 on the 21st day of March, 2016.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at [www.ecf.nysb.uscourts.gov](www.ecf.nysb.uscourts.gov) (login and password required), with a copy delivered directly to Chambers and served upon DelBello Donnellan Weingarten Wise & Wiederkehr,

LLP, attorneys for the Debtor, One North Lexington Avenue, White Plains, New York 10601, Attn: Dawn Kirby, Esq. so as to be received no later than seven (7) days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: White Plains, New York
February 25, 2016

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Proposed Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

By: */s/ Dawn Kirby*
Dawn Kirby

---

[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Motion.