**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FINGER LAKES CAPITAL PARTNERS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-22112 (RDD) |

**STIPULATION AND ORDER SETTING BRIEFING**
**SCHEDULE ON MOTION TO CONVERT CHAPTER 11 CASE**

This stipulation and order is entered into between Finger Lakes Capital Partners, LLC, as debtor and debtor in possession (the "Debtor"), on the one hand, and Lyrical Opportunity Partners, L.P. and Jeffrey Keswin (together, "Lyrical"), on the other, by and through their undersigned attorneys.

**RECITALS**

A.  The Debtor commenced the above-captioned chapter 11 case on January 29, 2016.

B.  Lyrical has advised the Debtor it intends to file a motion to convert this case to one under chapter 7 (the "Motion").

C.  The parties agreed to the following briefing schedule on the Motion.

**STIPULATION**

1.  Lyrical's deadline for filing and serving the Motion shall be March 4, 2016.

2.  Debtor's deadline for filing and serving an opposition to the Motion shall be March 30, 2016.

3.  Lyrical's deadline for filing and serving a reply shall be April 5, 2016.

4.  A hearing on the Motion shall be held on April 8, 2016 at 10:00 a.m.

5.  This stipulation and order shall not constitute a waiver of any claim or defense the parties may assert.

Dated: March 2, 2016

| | |
|---|---|
| D<small>ELBELLO</small>, D<small>ONNELLAN</small>, W<small>EINGARTEN</small>, W<small>ISE</small><br>   & W<small>IEDERKEHR</small> LLP<br>*Proposed Attorneys for the Debtor* | S<small>TORCH</small> A<small>MINI</small> & M<small>UNVES</small> PC<br>*Attorneys for Lyrical Opportunity Partners, L.P.*<br>*and Jeffrey Keswin* |
| /s/ Dawn Kirby<br>Dawn Kirby<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-0200 | /s/ Jeffrey Chubak<br>Jeffrey Chubak<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>(212) 490-4100 |

It is SO ORDERED; <u>provided</u>, that the parties shall provide chambers with a copy of their respective pleadings on the date they are filed.

/s/Robert D. Drain
Hon. Robert D. Drain
United States Bankruptcy Judge

Dated:  White Plains, New York
        March 2, 2016