| | |
|---|---|
| DELBELLO DONNELLAN WEINGARTEN<br>WISE & WIEDERKEHR, LLP<br>*Proposed Counsel for the Debtor*<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-0200<br>Jonathan S. Pasternak, Esq.<br>Dawn Kirby, Esq. | **Hearing Date: April 8, 2016**<br>**Hearing Time: 10:00 a.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

FINGER LAKES CAPITAL PARTNERS, LLC,    Chapter 11
                                        Case No. 16-22112 (RDD)

                                  Debtor.
------------------------------------------------------------X

**NOTICE OF MOTION OF OF THE DEBTOR FOR ENTRY OF AN
ORDER MODIFYING THE AUTOMATIC STAY TO
PERMIT THE DEBTOR TO PROCEED WITH A
<u>PENDING APPEAL PURSUANT TO 11 U.S.C. § 362(d)(1)</u>**

**PLEASE TAKE NOTICE**, that upon the annexed motion of Finger Lakes Capital Partners, LLC, the above captioned debtor and debtor-in-possession (the "<u>Debtor</u>"), by its proposed attorneys, DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, the undersigned will move this Court, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains New York 10601 on the 8th day of April 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard for the entry of an order modifying the automatic stay to permit the Debtor to proceed with a pending appeal filed by the Debtor as Plaintiff and counterclaim defendant below, Appellants, against Honeoye Lake Acquisition LLC and Lyrical Opportunity Partners, L.P., as Defendants and counterclaim plaintiffs below, Appellees, in the Supreme Court of the State of Delaware, Case No. 42,2016 (the "<u>Appeal</u>"), together with such other and further relief as is just, proper and equitable under the circumstances.

**PLEASE TAKE NOTICE,** that objections to the relief requested in the Motion must be in writing, stating with specificity the basis or bases on which such party in interest objects to the within Motion, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (Password and Login Required) and must be served upon DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601, Attn: Jonathan S. Pasternak, Esq., so as to be filed and served no later than seven (7) days prior to the hearing date.

Dated: White Plains, New York
       March 3, 2016

                                DELBELLO DONNELLAN WEINGARTEN
                                WISE & WIEDERKEHR, LLP
                                *Proposed Counsel for the Debtor*
                                One North Lexington Avenue
                                White Plains, New York 10601
                                (914) 681-0200

                                By: */s/ Jonathan S. Pasternak, Esq.*
                                        Jonathan S. Pasternak, Esq.