| | |
|---|---|
| DELBELLO DONNELLAN WEINGARTEN<br>WISE & WIEDERKEHR, LLP<br>*Proposed Counsel for the Debtor*<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-0200<br>Jonathan S. Pasternak, Esq.<br>Dawn Kirby, Esq. | **Hearing Date: April 8, 2016**<br>**Hearing Time: 10:00 a.m.** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

FINGER LAKES CAPITAL PARTNERS, LLC,         Chapter 11
                                             Case No. 16-22112 (RDD)

                            Debtor.
------------------------------------------------------------X

**NOTICE OF MOTION OF THE DEBTOR FOR ENTRY OF AN
ORDER (I) SCHEDULING A PRELIMINARY HEARING ON DEBTOR'S
MOTION REQUESTING USE OF CASH COLLATERAL PURSUANT TO 11
U.S.C. §363(c)(2) AND BANKRUPTCY RULE 4001, (II) AUTHORIZING THE
DEBTOR'S USE OF CASH COLLATERAL ON AN INTERIM BASIS AND
PROVIDING ADEQUATE PROTECTION THEREFORE PURSUANT TO 11
U.S.C. §§361 AND 362, AND (III) SCHEDULING A FINAL HEARING**

**PLEASE TAKE NOTICE**, that upon the annexed motion of Finger Lakes Capital Partners, LLC, the above captioned debtor and debtor-in-possession (the "Debtor"), by its proposed attorneys, DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, the undersigned will move this Court, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains New York 10601 on the 8th day of April 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard for the entry of an order (I) Scheduling a Preliminary Hearing on the Debtor's Motion Requesting the Use of Cash Collateral, (II) Authorizing Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. §363 and Providing Adequate Protection Therefor Pursuant to 11 U.S.C. §§361 and 362 and (III) Scheduling a

Final Hearing together with such other and further relief as is just, proper and equitable under the circumstances.

**PLEASE TAKE NOTICE,** that objections to the relief requested in the Motion must be in writing, stating with specificity the basis or bases on which such party in interest objects to the within Motion, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (Password and Login Required) and must be served upon DelBello, Donnellan, Weingarten, Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601, Attn: Jonathan S. Pasternak, Esq., so as to be filed and served no later than seven (7) days prior to the hearing date.

Dated: White Plains, New York
March 3, 2016

                        DELBELLO DONNELLAN WEINGARTEN
                        WISE & WIEDERKEHR, LLP
                        *Proposed Counsel for the Debtor*
                        One North Lexington Avenue
                        White Plains, New York 10601
                        (914) 681-0200

                        By: */s/ Jonathan S. Pasternak, Esq.*
                              Jonathan S. Pasternak, Esq.