UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

FINGER LAKES CAPITAL PARTNERS, LLC,

Debtor.

Chapter 11

Case No. 16-22112 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Grace H. Cho, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Edison, NJ.

On March 4, 2016, deponent served a true and correct copy of the foregoing Lyrical Opportunity Partners, L.P.'s and Jeffrey Keswin's Motion to Convert or Dismiss Chapter 11 Case and Declaration of Jeffrey Chubak in Support of Motion with Exhibits upon:

Dawn Kirby Arnold
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
Email: dkirby@ddw-law.com

And

Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
Email: jpasternak@ddw-law.com

by electronic mail.

_____
Grace H. Cho

Sworn to before me this
4th day of March, 2016

_____
Notary Public

LAINIE ASCH
Notary Public, State of New York
No. 01AS4972501
Qualified in New York County
Commission Expires November 22, 2018