UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

FINGER LAKES CAPITAL PARTNERS, LLC,

Debtor.

Chapter 11

Case No. 16-22112 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Grace H. Cho, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Edison, NJ.

On April 1, 2016, deponent served a true and correct copy of the foregoing Jeffrey Keswin's Objection to Debtor's Cash Collateral Motion, Lyrical Opportunity Partners, L.P.'s and Jeffrey Keswin's Objection to Debtor's Retention Applications, and Lyrical Opportunity Partners, L.P.'s and Honeoye Lake Acquisition, LLC's Objection to Debtor's Stay Relief Motion upon:

Jonathan Pasternak
Delbello Donnellan Weingarten Wise &
Wiederkehr, LLP
1 North Lexington Ave., 11th Fl.
White Plains, NY 10601

Dawn Kirby
Delbello Donnellan Weingarten Wise &
Widerkehr, LLP
1 North Lexington Ave., 11th Fl.
White Plains, NY 10601

by depositing a true and correct copy thereof, enclosed in a postpaid envelope addressed to the above, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Grace H. Cho

Sworn to before me this
April 1, 2016

_____
Notary Public

LAINIE ASCH
Notary Public, State of New York
No. 01AS4972501
Qualified in New York County
Commission Expires November 22, 2018