UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

FINGER LAKES CAPITAL PARTNERS, LLC,

Debtor.

Chapter 11

Case No. 16-22112 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Grace H. Cho, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Edison, NJ.

On April 7, 2016, deponent served a true and correct copy of the foregoing Lyrical Opportunity Partners, L.P.'s and Jeffrey Keswin's Objection to Debtor's Request for Entry of Order Authorizing Amendment of Cayuga Operating Agreement upon:

Jonathan Pasternak
Delbello Donnellan Weingarten Wise &
Wiederkehr, LLP
1 North Lexington Ave., 11th Fl.
White Plains, NY 10601

Dawn Kirby
Delbello Donnellan Weingarten Wise &
Widerkehr, LLP
1 North Lexington Ave., 11th Fl.
White Plains, NY 10601

by email and by depositing a true and correct copy thereof, enclosed in a postpaid envelope addressed to the above, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Grace H. Cho

Sworn to before me this
April 7, 2016

_____
Notary Public

CASEY JO HAIL
Notary Public, State of New York
No. 02HA6236448
Qualified in Kings County
Commission Expires February 28, 2019