D<small>EL</small>B<small>ELLO</small> D<small>ONNELLAN</small> W<small>EINGARTEN</small>
W<small>ISE</small> & W<small>IEDERKEHR</small>, LLP
*Proposed Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

|  |  |
|---|---|
|  | Chapter 11 |
| FINGER LAKES CAPITAL PARTNERS, LLC | Case No. 16-22112 (RDD) |
|  |  |
| Debtor. |  |

-----------------------------------------------------------X

**SUPPLEMENTAL AFFIDAVIT OF LEE SHALOV, ESQ IN SUPPORT
OF APPLICATION AUTHORIZING EMPLOYMENT AND
RETENTION OF MCLAUGHLIN & STERN, LLP AS SPECIAL
LITIGATION COUNSEL NUNC PRO TUNC TO THE PETITION DATE**

|  |  |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) ss: |
| COUNTY OF NEW YORK | ) |

  Lee Shalov, an attorney duly admitted to practice law in the Courts of the State of New York, states the following to be true under the penalties of perjury:

  1. I am a member of McLaughlin & Stern, LLP ("M&S"), which maintains an office at 260 Madison Avenue, New York, New York 10016.

  2. I submit this supplemental affidavit in further support of the application ("Application") of the debtor (the "Debtor") for the entry of an order authorizing the retention of M&S as Special Litigation Counsel to the Debtor.

3. During the ninety days before the Petition Date, October 30, 2015 through January 28, 2016, M&S did not receive any payments from the Debtor or from any other party on behalf of the Debtor.

4. Although M&S agreed to represent the Debtor at its normal hourly billing rates in connection with the action, *Jeffrey Keswin v. Finger Lakes Capital Partners, LLC, V. Zubin Mehta and Gregory Shalov* (the "New York Action"), as set forth in the Application, M&S has agreed to continue to represent the Debtor in the New York Action without compensation for legal fees, although M&S reserves the right to seek reimbursement of its costs upon application duly filed with this Court pursuant Bankruptcy Code §§ 330 and 331.

5. I know of no reason why M&S cannot act as Special litigation counsel to the Debtor, and respectfully request that M&S be so appointed.

*/s/ Lee Shalov*
Lee Shalov

Sworn to before me this
20th day of April, 2016

*/s/ Brad M. Jacobs*

Notary Public