DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Proposed Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                              Chapter 11

FINGER LAKES CAPITAL PARTNERS, LLC    Case No. 16-11221 (RDD)

                Debtor.
-----------------------------------------------------------X

### SUPPLEMENTAL AFFIDAVIT OF ANDREW D. CORDO, ESQ IN SUPPORT OF APPLICATION AUTHORIZING EMPLOYMENT AND RETENTION OF ASHBY & GEDDES, PA <u>AS SPECIAL DELAWARE COUNSEL</u>

STATE OF DELAWARE      )
                                ) ss:
COUNTY OF NEW CASTLE   )

        Andrew D. Cordo, an attorney duly admitted to practice law in the Courts of the State of Delaware, states the following to be true under the penalties of perjury:

        1.     I am a director of Ashby & Geddes, P.A. ("<u>A&G</u>"), a law firm that maintains an office at 500 Delaware Avenue, Wilmington, Delaware, 19801, and a member in good standing of the Bar of the Supreme Court of the State of Delaware.

        2.     I submit this supplemental affidavit in further support of the application ("<u>Application</u>") of the Debtor for the entry of an order authorizing the retention of A&G as Special Delaware Counsel to the Debtor.

3. During the ninety days before the Petition Date, October 30, 2015 through January 28, 2016, A&G did not receive any payments from the Debtor or from any other party on behalf of the Debtor.

4. I know of no reason why A&G cannot act as Special Delaware counsel to the Debtor, and respectfully request that A&G be so appointed.

/s/Andrew D. Cordo
_____
Andrew D. Cordo, Esq.
ASHBY & GEDDES, PA
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19801
(302) 654-1888

Sworn to before me this
19th day of April, 2016

/s/ Nancy M. Lopez
_____
Notary Public