DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Proposed Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                     Chapter 11

FINGER LAKES CAPITAL PARTNERS, LLC      Case No. 16-11221 (RDD)

                    Debtor.
------------------------------------------------------------X

**SECOND SUPPLEMENTAL AFFIDAVIT OF ANDREW D. CORDO,
ESQUIRE IN SUPPORT OF APPLICATION AUTHORIZING
EMPLOYMENT AND RETENTION OF ASHBY & GEDDES, PA
<u>AS SPECIAL DELAWARE COUNSEL</u>**

STATE OF DELAWARE         )
                                     ) ss:
COUNTY OF NEW CASTLE     )

       Andrew D. Cordo, an attorney duly admitted to practice law in the Courts of the State of Delaware, states the following to be true under the penalties of perjury:

       1.       I am a director of Ashby & Geddes, P.A. ("<u>A&G</u>"), a law firm that maintains an office at 500 Delaware Avenue, Wilmington, Delaware 19801, and a member in good standing of the Bar of the Supreme Court of the State of Delaware.

       2.       I submit this supplemental affidavit in further support of the application ("<u>Application</u>") of the Debtor for the entry of an order authorizing the retention of A&G as Special Delaware Counsel to the Debtor. I base this affidavit on my personal knowledge and the

records of A&G maintained in the ordinary course of its business, which I believe to be true and correct.

    3.    To expedite entry of an order approving the Application, I disclose that during the one year period before the Petition Date, January 28, 2015 through January 28, 2016, A&G received the following payments from the Debtor for services rendered and expenses incurred on behalf of the Debtor in connection with A&G's representation of the Debtor:

| Payment date | Amount |
| --- | --- |
| April 17, 2015 | $22,864.20 |
| June 1, 2015 | $13,252.40 |
| August 12, 2015 | $72,657.80 |
| October 27, 2015 | $4,885.65 |

        */s/ Andrew D. Cordo*
        _____
        Andrew D. Cordo, Esquire
        ASHBY & GEDDES, PA
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19801
        (302) 654-1888

Sworn to before me this
  12th  day of May, 2016

*Nancy A. Haile*
_____
Notary Public

2