**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FINGER LAKES CAPITAL PARTNERS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-22112 (RDD) |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE a status conference in this chapter 11 case been scheduled for January 12, 2017 at 10:00 a.m.

Dated: November 28, 2016
       New York, New York

STORCH AMINI & MUNVES PC

/s/ Jeffrey Chubak
Bijan Amini
Avery Samet
Jeffrey Chubak
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for Lyrical Opportunity Partners, L.P. and Jeffrey Keswin*